IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RODNEY LYLE, | * |
| Plaintiff, | * |
| v. | *   Civil Action No:  L02-CV-2075 |
| ZONE ENTERPRISES OF MARYLAND, L.L.C., | * |
| Defendant. | * |

\*   \*   \*   \*   \*        \*   \*   \*   \*   \*

### ORDER

Upon consideration of the parties' Joint Motion to Extend Discovery in this case, it is hereby ORDERED that said Motion is GRANTED and, further,

The Scheduling Order issued in this case on July 22, 2002, be amended to extend the discovery deadline/ and submission of status report from December 2, 2002, to <u>January 15, 2003</u>, and

That Requests for Admission would then be due <u>January 22, 2003</u>, and dispositive pretrial Motions would be due on <u>February 14, 2003</u>.

SO ORDERED:

Dec. 3, 2002
Date

Benson Everett Legg
United States District Court Judge

*1460836*

