IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RODNEY LYLE                          *

    Plaintiff                        *

vs.                                  *          Civil Action No.:  L-02-CV-2075

ESPN ZONE                            *

    Defendant                        *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

    Upon consideration of the parties' Joint Motion to Extend Discovery in this case, it is hereby ORDERED, that said Motion is GRANTED, and further,

    The Scheduling Order issued in this case on July 22, 2002, be further amended to extend the discovery deadline and submission of status report from January 15, 2003 to April 30, 2003, and

    That Request for Admission would then be due May 7, 2003, and dispositive pre-trial Motions would be due on May 28, 2003.

    SO ORDERED:

1/24/03
_____
Date

_____
Benson Everett Legg
United States District Court Judge

3