**WHITEFORD, TAYLOR & PRESTON**
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND  21202-1626

410 347-8700
FAX  410 385-0626
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND  21204-4515
TELEPHONE  410 832-2000
FAX  410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE  410 884-0700
FAX  410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C.  20036-5405
TELEPHONE  202 659-6800
FAX  202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA  22314-2928
TELEPHONE  703 836-5742
FAX  703 836-0265

KEVIN C. MCCORMICK
DIRECT NUMBER
410 347-8779
kmccormick@wtplaw.com

May 8, 2003

The Honorable William D. Quarles
United States District Court
 For the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

   Re: Lyle v. ESPN Zone
     Civil Action No.:  WDQ-02-2075

Dear Judge Quarles:

  The parties file the following status report pursuant to the Court's Amended Scheduling Order dated January 24, 2003.

  1. <u>Status of Discovery:</u> The parties completed all discovery in this case. Both sides are still working out issues concerning the adequacy of certain responses.

  2. <u>Pending Motions:</u> There are no pending motions.

  3. <u>Dispositive Motions:</u> Defendant intends to file a dispositive pretrial motion.

  4. <u>Length of Trial:</u> The parities anticipate that a jury trial in this matter would last three days.

  5. <u>Settlement:</u> The parties had early settlement discussions; however, these discussions were not successful.

The Honorable William D. Quarles
May 8, 2003
Page 2

      6.    <u>Alternative Dispute Resolution:</u>   Plaintiff believes ADR could be helpful; Defendant does not.

      7.    <u>Trial by Magistrate:</u>   At this time, the parties do not consent to trial by a magistrate.

      8.    <u>Other Outstanding Issues:</u>   None at this time.

                        Respectfully submitted,

                        _____/s/_____
                        Kevin C. McCormick

KCM:lpb

Cc:    Morton Edelstein, Esquire

*1490177*

The Honorable William D. Quarles
May 8, 2003
Page 3


Morton Edelstein, Esquire
Edelstein and Radford
Suite 402
110 Saint Paul Street
Baltimore, Maryland 21202


*1490177*