## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| RODNEY LYLE, | * |
| Plaintiff, | * |
| v. | * Civil Action No: WDO-02-2075 |
| ZONE ENTERPRISES OF MARYLAND, L.L.C., | * |
| | * |
| Defendant. | * |
| | * |

\*   \*   \*   \*   \*            \*   \*   \*   \*   \*

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Zone Enterprises of Maryland, L.L.C. ("Zone Enterprises" or "Defendant"), by its undersigned counsel, requests that the date for filing Dispositive Motions in this case be extended from May 28, 2003 until June 10, 2003.

This request for a brief extension is necessary due to the unusually busy schedule for Defendant's counsel.

Counsel has discussed this request with Plaintiff's counsel. Plaintiff's counsel does not oppose this request for extension of time.

WHEREFORE, Defendant request that the Motion for Extension of Time be granted.

Respectfully submitted,

/s/
Kevin C. McCormick
Melissa L. Menkel
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700
Counsel for Defendant
Zone Enterprises of Maryland, L.L.C.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of May 2003, a copy of the foregoing Defendant's Motion for Extension of Time was served electronically and/or by first class postage to:

> Morton Edelstein, Esquire
> Edelstein and Radford
> Suite 402
> 110 Saint Paul Street
> Baltimore, Maryland 21202
> (410) 685-0770
>
> Attorney for Plaintiff
> Rodney Lyle

>                          /s/
> _____
> Kevin C. McCormick

*1493572*