IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RODNEY LYLE, | * |
| Plaintiff, | * |
| v. | *  Civil Action No:  WDO-02-2075 |
| ZONE ENTERPRISES OF MARYLAND, L.L.C., | * |
| | * |
| Defendant. | |
| | * |

\* \* \* \* \*      \* \* \* \* \*

**ORDER**

Upon consideration of the Defendant's Motion for Extension of Time, it is hereby ORDERED that said Motion is GRANTED and, further,

The Scheduling Order issued in this case on July 22, 2002, be further amended to reflect that dispositive pre-trial motions are due on or before June 10, 2003.

SO ORDERED:

_____       _____
Date       William D. Quarles
     United States District Court Judge

*1493579*