IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RODNEY LYLE, | * |
|     Plaintiff, | * |
| v. | *   Civil Action No: WDQ-02-2075 |
| ZONE ENTERPRISES OF MARYLAND, L.L.C., | * |
| | * |
|     Defendant. | * |

\*   \*   \*   \*   \*         \*   \*   \*   \*   \*

**DEFENDANT ZONE ENTERPRISES OF MARYLAND, L.L.C.'s,
<u>MOTION FOR SUMMARY JUDGMENT</u>**

     Pursuant to Rule 56 of the Fed.R.Civ.P., Defendant Zone Enterprises of Maryland, L.L.C. ("Zone Enterprises"), by undersigned counsel, moves for Summary Judgment on Plaintiff Rodney Lyle's ("Plaintiff") Complaint. In support thereof, Zone Enterprises states that there are no genuine issues of material fact regarding Plaintiff's claims, and, further, Zone Enterprises is entitled to judgment as a matter of law.

     The specific grounds and authorities in support of the Zone Enterprises' Motion are set forth in the attached Memorandum.

     WHEREFORE, Zone Enterprises respectfully requests that Summary Judgment be entered with regard to all claims set forth in Plaintiff's Complaint.

                                          Respectfully submitted,

                                                                  /s/
                                          Kevin C. McCormick
                                          Melissa L. Menkel
                                          Whiteford, Taylor & Preston L.L.P.
                                          Seven Saint Paul Street
                                          Baltimore, Maryland 21202-1626
                                          (410) 347-8700
                                          Counsel for Defendant
                                          Zone Enterprises of Maryland, L.L.C.

*1497204*