IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY LYLE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No: WDQ-02-2075 |
| ZONE ENTERPRISES OF MARYLAND, L.L.C., | * | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \*     \* \* \* \* \*

### ORDER

Upon consideration of Defendant Zone Enterprises of Maryland L.L.C.'s ("Defendant"), Motion for Summary Judgment, Plaintiff's opposition thereto, it is this day _____ of _____, 2003, hereby

ORDERED that Defendant's Motion is hereby GRANTED; and it is further hereby

ORDERED that Plaintiff's Complaint be and hereby is DISMISSED with prejudice.

_____
William D. Quarles
United States District Court Judge
District of Maryland

*1497206*