IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY LYLE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No: WDQ-02-2075 |
| ZONE ENTERPRISES OF MARYLAND, L.L.C., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \*     \* \* \* \* \*

## NOTICE OF SERVICE OF LENGTHY DOCUMENTS

In connection with Defendant's June 10, 2003, efiling of its Motion for Summary Judgment and supporting documents, I hereby certify that on the 10th day of June 2003, a copy of the lengthy exhibits that were not efiled with the Court were served by first-class, U.S. mail, postage prepaid to:

>Morton Edelstein, Esquire
>Edelstein and Radford
>Suite 402
>110 Saint Paul Street
>Baltimore, Maryland 21202
>(410) 685-0770
>Attorney for Plaintiff
>Rodney Lyle

>Respectfully submitted,

>_____/s/_____
>Kevin C. McCormick
>Melissa L. Menkel
>Whiteford, Taylor & Preston L.L.P.

Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Phone:     410-347-8779
Fax:       410-347-9446

Counsel for Defendant
Zone Enterprises of Maryland, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June 2003, a copy of the foregoing Defendant's Notice of Service of Lengthy Documents was served electronically and/or by first class mail, postage prepaid to:

Morton Edelstein, Esquire
Edelstein and Radford
Suite 402
110 Saint Paul Street
Baltimore, Maryland 21202
(410) 685-0770

Attorney for Plaintiff
Rodney Lyle

_____/s/_____
Kevin C. McCormick

1497419