UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

RODNEY LYLE )
)
       Plaintiff, )
)
v. )
) Civil Action No. L-02-cv-2075
)
ESPN Zone )
)
)
       Defendant. )
)

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Rodney Lyle, Plaintiff, by and through his attorneys, Morton Edelstein and Edelstein & Radford requests that the date for filing a response to Defendant's Motion For Summary Judgment in this case be extended from June 27, 2003 until July 18, 2003.

Counsel has discussed this request with Defendant's counsel. Defendant's counsel does not oppose this request for extension of time.

WHEREFORE, it is requested that Plaintiff's Motion for Extension of Time be granted.

Respectfully submitted,

/s/                                                     /s/
_____            _____
Morton Edelstein                          Melissa L. Menkel
Edelstein & Radford                   Whiteford, Taylor & Preston L.L.P.
110 St. Paul Street                    Seven Saint Paul Street
Suite 402                               Baltimore, Maryland 21202-1626
Baltimore, Maryland 21202        410-347-8700
410-685-0770                        Attorney for the Defendant
Attorney for the Plaintiff            Zone Enterprises of Maryland, L.L.C.
Rodney Lyle

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2003, a copy of the foregoing Motion for Extension of Time was mailed electronically and first class U.S. Mail to Melissa L. Menkel at Whiteford, Taylor & Preston, L.L.P., Seven Saint Paul Street, Baltimore, Maryland 21202-1626, Attorney for Defendant.

/s/
_____
Morton Edelstein, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| RODNEY LYLE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ESPN Zone )<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. L-02-cv-2075 |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Extension of Time, it is hereby

ORDERED by the U.S. District Court for the Division of Maryland that the Plaintiff's Motion

for Extension of Time be

GRANTED, and the Plaintiff shall file a Response to Defendant's Motion for Summary

Judgment by July 18, 2003.

_____
Judge