UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| RODNEY LYLE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>ESPN Zone )<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. L-02-cv-2075 |

**NOTICE OF FILING LENGTHY EXHIBIT**

Attachments to Plaintiff's Response to Defendant's Motion for Summary Judgment are over 25 pages in length. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

EDELSTEIN & RADFORD


/s/
_____
Morton Edelstein
Federal Bar No.: 01339
110 St. Paul Street, Suite 402
Baltimore, MD 21202
410-685-0770

Attorney for the Plaintiff

Dated: July 17, 2003

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on this 17th day of July 2003, copies of the foregoing Plaintiff's Notice of Filing a Lengthy was mailed electronically and first class to Kevin C. McCormick, Attorney for Defendant, at Whiteford, Taylor & Preston, Seven Saint Paul Street, Baltimore, Maryland 21202, Attorney for the Defendant.

/s/

---

Morton Edelstein
Federal Bar No.: 01339
110 St. Paul Street, Suite 402
Baltimore, MD 21202
410-685-0770

Attorney for the Plaintiff