UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| RODNEY LYLE )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>         )<br>ESPN Zone )<br>)<br>)<br>        Defendant. )<br>_____) | Civil Action No. L-02-cv-2075 |

**<u>NOTICE OF SERVICE OF LENGTHY DOCUMENTS</u>**

In connection with Plaintiff's July 17, 2003 filing of his Response to Defendant's Motion for Summary Judgment and supporting documents, I hereby certify that on this 17th day of July 2003 a copy of the lengthy exhibits that were not electronically filed with the court were served by first class, U.S. mail, postage prepaid to Kevin McCormick and Melissa L. Menkel at Whiteford, Taylor & Preston, L.L.P., Seven St. Paul Street, Baltimore, Maryland 21202, Attorneys for the Defendant.

                                                        Respectfully submitted,

                                                        EDELSTEIN & RADFORD

                                                        /s/
                                                   _____
                                                   Morton Edelstein
                                                   Federal Bar No.: 01339
                                                   110 St. Paul Street, Suite 402
                                                   Baltimore, MD 21202
                                                   410-685-0770
                                                   Attorney for the Plaintiff

Dated: July 17, 2003

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on this 17th day of July 2003, copies of the foregoing Plaintiff's Notice of Service of Lengthy Documents was mailed electronically and first class to Kevin C. McCormick, Attorney for Defendant, at Whiteford, Taylor & Preston, Seven Saint Paul Street, Baltimore, Maryland 21202, Attorney for the Defendant.

/s/

_____
Morton Edelstein
Federal Bar No.: 01339
110 St. Paul Street, Suite 402
Baltimore, MD 21202
410-685-0770

Attorney for the Plaintiff