IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY LYLE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No: WDQ-02-2075 |
| ZONE ENTERPRISES OF MARYLAND, L.L.C., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \*     \* \* \* \* \*

## NOTICE OF FILING LENGTHY EXHIBIT

Attachments to Defendant Zone Enterprises of Maryland, L.L.C.'s ("Zone Enterprises") Reply Memorandum exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

_____/s/_____
Kevin C. McCormick, Bar # 7674
Melissa L. Menkel
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700
Counsel for Defendant
Zone Enterprises of Maryland, L.L.C.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July 2003, a copy of the foregoing Defendant ESPN Zone's Notice of Filing Lengthy Exhibit was served electronically and/or by first-class postage to:

>Morton Edelstein, Esquire
>Edelstein and Radford
>Suite 402
>110 Saint Paul Street
>Baltimore, Maryland 21202
>(410) 685-0770
>
>Attorney for Plaintiff
>Rodney Lyle

>_____/s/_____
>Kevin C. McCormick