# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY LYLE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No: WDQ-02-2075 |
| ZONE ENTERPRISES OF MARYLAND, L.L.C., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \*       \* \* \* \* \*

## NOTICE OF SERVICE OF LENGTHY DOCUMENTS

In connection with Defendant's July 31, 2003, efiling of Defendant Zone Enterprises LLC's Reply Memorandum, I hereby certify that on the 31st day of July 2003, a copy of the lengthy exhibits that were not efiled with the Court were served by first-class, U.S. mail, postage prepaid to:

>Morton Edelstein, Esquire
>Edelstein and Radford
>Suite 402
>110 Saint Paul Street
>Baltimore, Maryland 21202
>(410) 685-0770
>Attorney for Plaintiff
>Rodney Lyle

>Respectfully submitted,

>_____/s/_____
>Kevin C. McCormick, Bar No. 7674

        Melissa L. Menkel
        Whiteford, Taylor & Preston L.L.P.
        Seven Saint Paul Street
        Baltimore, Maryland 21202-1626
        Phone:    410-347-8779
        Fax:    410-347-9446

        Counsel for Defendant
        Zone Enterprises of Maryland, L.L.C.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August 2003, a copy of the foregoing Defendant's Notice of Service of Lengthy Documents was served electronically and/or by first class mail, postage prepaid to:

        Morton Edelstein, Esquire
        Edelstein and Radford
        Suite 402
        110 Saint Paul Street
        Baltimore, Maryland 21202
        (410) 685-0770

        Attorney for Plaintiff
        Rodney Lyle

                /s/
        Kevin C. McCormick

1497419