```
         IN THE UNITED STATES DISTRICT COURT FOR
          THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                *
RODNEY LYLE,                    *

     Plaintiff,                 *

v.                              *   CIVIL ACTION NO: WDQ-02-2075

ESPN ZONE,                      *

                                *
     Defendant.
*    *    *    *    *    *    *    *    *    *    *    *    *    *
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 20th day of November, 2003, ORDERED:

1. That Defendant's Motion for Summary Judgment BE, and hereby is, DENIED;

2. That the Clerk of the Court shall MAIL copies of this Order and the Memorandum Opinion to counsel.

                              _____/s/_____

                              William D. Quarles, Jr.
                              United States District Judge