# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 20, 2003

TO COUNSEL OF RECORD

    Re: Rodney Lyle v. ESPN Zone
        Civil No. WDQ 02-2075

Dear Counsel:

    A pretrial conference needs to be scheduled in the above captioned case. Counsel should confer, and contact Chambers, on or before December 1, 2003, with several mutually convenient dates and times.

    Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

                                    Very truly yours,

                                    /s/

                                    William D. Quarles, Jr.
                                    United States District Judge