**WHITEFORD, TAYLOR & PRESTON**
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND  21202-1626

410 347-8700
FAX  410 385-0626
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND  21204-4515
TELEPHONE  410 832-2000
FAX  410 832-2015
_____

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE  410 884-0700
FAX  410 884-0719
_____

KEVIN C. MCCORMICK
DIRECT NUMBER
410 347-8779
kmccormick@wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C.  20036-5405
TELEPHONE  202 659-6800
FAX  202 331-0573
_____

1317 KING STREET
ALEXANDRIA, VIRGINIA  22314-2928
TELEPHONE  703 836-5742
FAX  703 836-0265

November 26, 2003

The Honorable William D. Quarles, Jr.
U.S. District Court for the
  District Of Maryland
101 West Lombard Street
Baltimore, MD  21201

> Re:   Rodney Lyle v. Zone Enterprises of Maryland, L.L.C.
>         t.a.,  ESPN Zone
>       **Civil Action No.:  WDQ-02-2075**

Dear Judge Quarles:

Pursuant to your November 20, 2003, Order, please be advised that counsel have conferred concerning a mutually convenient date for scheduling a Pretrial Conference in this matter.

Counsel are available for such conference any time on December 17 or 18, or December 30 or 31, 2003.

Sincerely yours,

/S/
Kevin C. McCormick
Counsel for ESPN Zone

KCM:lpb

Cc:    Morton Edelstein, Esquire

1430213