United States District Court
District of Maryland

**Chambers of
William D. Quarles, Jr.
United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

December 1, 2003

TO COUNSEL OF RECORD

    Re: Rodney Lyle v. ESPN Zone
        Civil No. WDQ 02-2075

Dear Counsel:

    This letter will confirm that the pretrial conference in this case has been scheduled for Wednesday, December 17, 2003 at 9:00 a.m. in my Chambers.

    Counsel will be held to strict compliance with Local Rule 106, as to submission and contents of the pretrial order. Requested *voir dire* and requested jury instructions are due from all parties at the pretrial conference. The Court would appreciate receiving the requested *voir dire* and jury instructions on diskette or CD, where available.

                                       Very truly yours,

                                       /s/

                                     William D. Quarles, Jr.
                                     United States District Judge