# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

December 17, 2003

TO COUNSEL OF RECORD:

Re: <u>Lyle v. ESPN Zone</u>, Civ. No. WDQ-02-2075

Dear Counsel:

    The four day jury trial in the above entitled case will begin on September 20, 2004 at 9:30 a.m. in the Garmatz Courthouse, Courtroom 3A. As we discussed, this case will be referred to a Magistrate Judge for a settlement conference.

    Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it.

Very truly yours,

William D. Quarles, Jr.
United States District Judge